UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGG SPAULDING HUNTER, M.D.,
                   PLAINTIFF,        CIVIL ACTION
                                                        NO._____

VERSUS

THE LOUISIANA STATE BOARD OF MEDICAL EXAMINERS,
                   DEFENDANT.

## COMPLAINT FOR DAMAGES
## JURY TRIAL DEMANDED

1. This is a complaint for declaratory, injunctive and other appropriate relief brought by plaintiff, Dr. Gregg Spaulding Hunter, a United States citizen, who brings this action pursuant to 42 U.S.C. 1983 to redress deprivation under color of state law of his rights secured by the Fourteenth Amendment to the Constitution of the United States.

2. This court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. Plaintiffs claim for injunctive relief authorized by 28 U.S.C. §§ 2283-2284 and Rule 65 of the federal Rules of Civil Procedure.

3. Gregg Spaulding Hunter, M.D., is licensed to practice medicine in the State of Louisiana, as a certified psychiatrist, Certificate No. 14239R.

4. On May 30, 2014, the defendant Louisiana State Board of Medical Examiners issued an Order of summary suspension,

suspending the license of Gregg Spaulding Hunter, M.D.

5.  The suspension was based solely upon a complaint of an alleged patient of Dr. Hunter, claiming that he was guilty of rude or discourteous behavior, sexual misconduct and poor communication skills or poor bedside manner.

6. Prior to the summary suspension, the defendant Board did not perform any investigation of substance concerning the allegations; nor did the Board provide the plaintiff without any opportunity whatsoever to challenge the truth and veracity of the complaint or to confront his accuser.

7.  Without any hearing whatsoever on the truth and veracity of the allegations against the plaintiff, the defendant Board proceeded to affirm its summary suspension of plaintiff's license to practice medicine and ordered him to submit to an evaluation at the Behavioral Medicine Institute of Atlanta, which imposed a cost prohibitive fee for services, which the defendant Board knew to be beyond the plaintiff's financial ability, and knew further that there were reasonable, and cost-efficient alternatives.

8.  Where there was no adequate investigation into the truth and veracity of the complaint against Dr. Hunter and where the Board failed to provide him with a hearing to challenge the truth and veracity of his accuser, the process and procedure of the defendant Louisiana State Board of Medical Examiners was

arbitrary and capricious conduct that violated plaintiff's right to fundamental fairness and due process under the Fourteenth Amendment to the Constitution of the United States.

    9. The plaintiff has suffered great mental anguish, and he has suffered and continues to suffer irreparable harm.

    10. The plaintiff is entitled to compensatory damages and injunctive relief reinstating his medical license.

    11. The plaintiff is entitled to a jury trial .

    WHEREFORE, after due proceedings, the plaintiff prays for judgment against defendant awarding damages, attorney's fees, and such other relief as to the court appears just and proper.

                      RESPECTFULLY SUBMITTED
                        BY ATTORNEYS FOR PLAINTIFF

                        /S/ NELSON DAN TAYLOR, SR.
                        _____
                        NELSON DAN TAYLOR, SR.(12684)
                        J. K. Haynes Legal Defense Fund
                        926 Saint Charles Street
                        Thibodaux, LA 70301
                        Phone: 504-214-7109