**MINUTE ENTRY**
**MILAZZO, J.**
**October 12, 2016**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**GREGG HUNTER**          **CIVIL ACTION**

**VERSUS**          **NO: 15-1833**

**LOUISIANA STATE BOARD OF MEDICAL EXAMINERS**          **SECTION "H"**

## MINUTE ENTRY

On October 12, 2016, the Court held a preliminary status conference. Nelson Taylor participated by phone on behalf of Plaintiff; Ralph Wall and Lance Guest participated on behalf of Defendants.

**IT IS ORDERED** that because the only remaining claims are for injunctive relief, this trial shall be held before the Court without a jury.



(JS-10:10)